IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00054-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     LORI ANN KIMBALL,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

**COUNTS 1-16**
**MONEY LAUNDERING**

On or about the dates set forth herein for each count, in the State and District of Colorado, defendant LORI ANN KIMBALL did knowingly engage in and attempt to engage in monetary transactions, in and affecting interstate commerce, in criminally derived property, of a value greater than $10,000, that was derived from specified unlawful activity, specifically, mail fraud in violation of 18 U.S.C. § 1341 and wire fraud in violation of 18 U.S.C. § 1343, knowing that the property involved in such monetary transactions represented the proceeds of some form of unlawful activity, as follows:

| Count | Date | Financial Transaction |
|---|---|---|
| 1 | February 15, 2023 | Wire of $12,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 2 | March 10, 2023 | Wire of $42,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 3 | July 26, 2023 | Wire of $19,975 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 4 | August 1, 2023 | Wire of $25,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 5 | August 2, 2023 | Wire of $100,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 6 | August 2, 2023 | Wire of $25,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 7 | August 3, 2023 | Wire of $100,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 8 | August 3, 2023 | Wire of $25,000 from Colorado to Crypto.com cryptocurrency account outside of Colorado for purchase of bitcoin. |
| 9 | October 18, 2023 | Wire of $122,000 from Colorado to Gemini Trust cryptocurrency account outside of Colorado. |
| 10 | October 27, 2023 | Wire of $46,000 from Colorado to Gemini Trust cryptocurrency account outside of Colorado. |
| 11 | December 22, 2023 | Attempted wire transfer of $189,995 from Colorado to Kraken cryptocurrency account. |
| 12 | January 12, 2024 | Wire of $19,950 from Colorado to Kraken cryptocurrency account outside of Colorado for purchase of cryptocurrency. |
| 13 | January 18, 2024 | Wire of $18,000 from Colorado to Kraken cryptocurrency account outside of Colorado for purchase of cryptocurrency. |
| 14 | January 19, 2024 | Wire of $19,850 from Colorado to Kraken cryptocurrency account outside of Colorado that was then used to purchase cryptocurrency. |
| 15 | February 7, 2024 | Deposit of $202,190 check at PNC Bank. |
| 16 | May 8, 2024 | Wire of $18,000 from Colorado to Bakkt cryptocurrency account outside of Colorado. |

All in violation of Title 18, United States Code, Section 1957.

# FORFEITURE

1.	Upon conviction of the violations alleged in Counts 1-16 of this Indictment, in violation of 18 U.S.C. § 1957, defendant LORI ANN KIMBALL shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any and all rights, title, and interest in all property involved in the offense and any property traceable to such property, including, but not limited to a money judgment in the amount of value of the property involved in the offense.

2.	If any of the property described above, as a result of any act or omission of defendants LORI ANN KIMBALL cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been substantially diminished in value; or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant LORI ANN KIMBALL up to the value of the forfeitable property described above.

A TRUE BILL:

Ink Signature on File in Clerk's Office
FOREPERSON

J. Bishop Grewell
Acting United States Attorney

By: *s/ Craig Fansler*
Craig Fansler
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Craig.Fansler2@usdoj.gov
Attorney for the United States