DEFENDANT:  LORI ANN KIMBALL

<u>AGE/YOB</u>: 51/1973

<u>COMPLAINT FILED</u>?  \_\_\_\_\_ YES  \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  N/A

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  \_\_\_\_\_ YES  \_\_X\_\_ NO

OFFENSES:      Counts 1-16:  18 U.S.C. § 1957 Money Laundering

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:     <u>Counts 1-16:</u> Imprisonment of NMT 10 years, a fine of NMT $250,000 or NMT twice the amount of the criminally derived property involved in the transaction, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:     Cameron Wolter, Special Agent, IRS-CI

AUTHORIZED BY:  Craig Fansler, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_X\_ five days or less   \_\_\_ over five days   \_\_\_\_ other

<u>THE GOVERNMENT:</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

\_\_X\_\_ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.