DEFENDANT:  LORI ANN KIMBALL

YEAR OF BIRTH: 1973

<u>COMPLAINT FILED</u>?  ____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  N/A

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  ____ YES  __X__ NO

OFFENSES:  Count 1:      18 U.S.C. § 1956(h) Money Laundering Conspiracy
                Counts 2-18:  18 U.S.C. § 1957 Money Laundering
                Counts 19-24:  18 U.S.C. § 1956(a)(1)(B) Money Laundering

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:  <u>Counts 1-18</u>: Imprisonment of NMT 10 years, a fine of NMT $250,000 or NMT twice the amount of the criminally derived property involved in the transaction, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

<u>Counts 19-24</u>: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

AGENT:  Cameron Wolter, Special Agent, IRS-CI

AUTHORIZED BY:  Craig Fansler, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less  ____ over five days  ____ other

THE GOVERNMENT **will not** seek detention in this case.

OCDETF case: NO